IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF ILLINOIS,<br><br>      Plaintiffs,<br><br>v.<br><br>GREAT LAKES SYNERGY CORP.,<br><br>      Defendant. | CIVIL ACTION NO. 3:23-cv-01934- |

**ORDER GRANTING**
**UNOPPOSED MOTION FOR ENTRY OF CONSENT DECREE**

This Court, having reviewed the United States' *Unopposed Motion for Entry of Consent Decree* (Doc. 18) and the proposed Consent Decree (Doc. 2-1), finds that the proposed Consent Decree is fair, reasonable, consistent with the purposes of the CERCLA, and in the public interest.

The United States' *Unopposed Motion for Entry of Consent Decree* is GRANTED. . Entry of the Consent Decree will be effectuated by the Court's signature on the proposed Consent Decree and its subsequent entry on the docket.

**SO ORDERED.**
Dated: July 31, 2023

                                          DAVID W. DUGAN
                                          United States District Judge